JACK SMITH *v.* COMMISSIONER OF CORRECTION

The petitioner Jack's Smith's petition for certification for appeal from the Appellate Court, 121 Conn. App. 85 (AC 30278), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Mark M. Rembish*, special public defender, in support of the petition.

*James M. Ralls*, senior assistant state's attorney, in opposition.

Decided July 1, 2010

DELORES G. SINOTTE ET AL. *v.* CITY OF WATERBURY

The plaintiffs' petition for certification for appeal from the Appellate Court, 121 Conn. App. 420 (AC 30304), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Erskine D. McIntosh*, in support of the petition.

*Justin J. Donnelly*, assistant corporation counsel, in opposition.

Decided July 1, 2010